HEATHER D. HEARNE (SBN 254496)
**THE KULLMAN FIRM**
A Professional Law Corporation
10233 South Parker Road, Suite 300
Parker, CO 80134
Tel. : (720) 447-6628
Fax : (225) 906-4230
Email: hdh@kullmanlaw.com

Attorney for Defendant
Xerox Corporation

DANIEL E. RICHARDSON (SBN 289327)
**RICHARDSON EMPLOYMENT LAW, P.C.**
2281 Lava Ridge Court, Ste. 200
Roseville, CA 95661
Tel: (916) 33307959
Fax: (916) 333-7916.
dr@richardsonemploymentlaw.com

Attorney for Plaintiff,
Stephen Smith

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>XEROX CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | **NO. 2:26-CV-02090-DJC-AC**<br><br>**STIPULATION AND JOINT MOTION FOR STAY; ORDER**<br><br>[Removed from Superior Court of California, County of El Dorado]<br><br>Hon. Daniel J. Calabretta |

This matter is before the court on Xerox Corporation's (Defendant) and Plaintiff Stephen Smith's ("Plaintiff") (together "the Parties") stipulation and joint request for a stay of these proceedings pending binding, mandatory arbitration pursuant to the Parties' contractual agreement.

IT IS HEREBY ORDERED that this action is hereby stayed pending the binding, mandatory arbitration pursuant to the Parties' contractual agreement. Defendant's Motion to Compel Arbitration, ECF No. 9, is DENIED AS MOOT. The hearing on said motion, set for November 5, 2026, is VACATED. The parties shall file a joint status report within fourteen (14) days after completion of arbitration. The Clerk of Court shall administratively close this case.

Dated: October 13, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE